USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 96-2361 JERRY SANDSTROM, Plaintiff - Appellant, v. UNITED STATES OF AMERICA, Defendant - Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nancy J. Gertner, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Bownes, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge.  _____________ _____________________ Elizabeth McDonough Noonan, with whom Peter Lawson Kennedy __________________________ _____________________ and Adler Pollock & Sheehan Incorporated were on brief for _______________________________________ appellant. Mary Elizabeth Carmody, Assistant United States Attorney, _______________________ Senior Litigation Counsel, with whom Donald K. Stern, United ________________ States Attorney, was on brief for appellee. ____________________ April 24, 1997 ____________________ Per Curiam. Upon consideration of the record, briefs, Per Curiam. __________ and argument of counsel, the district court's judgment and its denial of appellant's motion for a new trial are affirmed. affirmed ________ Costs on appeal are awarded to appellee. Costs on appeal are awarded to appellee. _______________________________________ -2-